FLAGG
*v.*
HOBART.

Rec. 1772.
Fol. 40.

Where, in an Action for Words, Juftification is pleaded to Part, and to the Refidue, not guilty, the two Iffues will be tried feparately; and, on the firft, the Defendant is entitled to open.

Damages will be affeffed feparately upon each Iffue.

## Flagg *verf.* Hobart.

ACTION for Words, and Special Damages alledged. Defendant juftified fpeaking the firft Words, and plead not guilty to the Reft.

*Dana, for the Plaintiff*, going on to open the Caufe —

*Quincy, for the Defendant*, moved that he (Quincy) might open it.

*Sewall, alfo for the Plaintiff*, faid, if the Defendant infifts

March, 1771, when the place was given to Samuel Quincy; he alfo having embraced the caufe of the government.

It is intimated by John Adams that Samuel Quincy's adherence to this party was caufed by jealoufy of the greater profeffional fuccefs and reputation of his younger brother, who had openly and with great fervor efpoufed the patriotic caufe. 10 John Adams's Works, 195. It may well be that the government leaders were induced to attempt his converfion on the fuppofition that he might be fo influenced; but that their fuccefs was in fact attributable to this unworthy motive, we do not believe. The correfpondence between the brothers, efpecially on the fide of the elder, evinces the tendereft fraternal affection, even at a time when party animofity was at its height. See Quincy's Life of Quincy, 160.

infifts on trying the Iffues feparately, they have a Right to open; but. if they will try them together, we muft open; for Part of our Declaration is denied; we ought, therefore, to proceed and prove what we have firft alledged. (1)

*Trowbridge, Juftice,* afked, if the Action had been Trefpafs, Affault and Battery, and Plea, as to the Force and Arms, not guilty; and Juftification as to the Refidue, who fhall open there? — the Law is, if the Juftification be found, Nothing more is to be done, as to the Force and Arms.

*Sewall* anfwered, he could not think that a parallel Cafe — he thought *Claufum fregit,* and Juftification as to Part, and, as to the Refidue, not guilty, rather in Point; there, he faid, the Plaintiff might open.

But *the Court* directed the Iffues to be tried feparately. (2)

It became a Queftion, at the Trial, on the firft Iffue, whether Damages fhould be affeffed feparately on that Iffue, or whether they fhould be paffed over till the other Iffue was alfo tried, and then affeffed *in toto:* And *per Curiam* — The Damages muft be affeffed

---

(1) Acc. *Davis* v. *Mafon,* 4 Pick. 156; *Ayer* v. *Auftin,* 6 Pick. 225. But by the prefent rules of practice in this ftate, the plaintiff has the right to open and clofe in all cafes, even when the only iffue is on the defendant's declaration in fet-off. 8 Cufh. 603, *note.* 2 Gray, 260.

(2) S. P. *Morfe* v. *Jewett,* Mafs. S. J. C., June Term, 1781, where, in affault and battery, "the defendants juftified moderate correction," "there were feveral iffues joined," and "as to the moderate correction, the defendant opened and clofed." 5 Dane Ab. 564.

affeffed on each Iffue ; for, perhaps, the other Iffue will be found againft the Plaintiff; then Damages will be paffed over; or, perhaps, if Damages are affeffed jointly, there may be a Motion in Arreft of Judgment, that the Words in the laft Iffue are not Actionable, and then it may be faid that Judgment muft be ftayed for the Whole ; and other Reafons may be given alfo. (3)

(3) This action was for words fpoken againft the plaintiff in his trade and bufinefs of a millwright, — accufing him of ruining defendant's mills, and afferting that " it would have been better to have given any " Wages to a Workman than to have had my Mills fo fpoiled by fuch a " Blunderbufs.'' Thefe words and others were juftified, as fpoken ''with Defign only to prevent the faid Eleazer from hurting others by his bad Work.'' The plea of not guilty as to the refidue, applied to the charge of calling the plaintiff " a Logerhead," " a Deceiver," and a " fractious Fellow," and of afferting that " there was fo much Liquor " ftirring that Flagg hardly knew what he was about.'' The plaintiff joined iffue on the fecond plea, and replied, *de injuriâ, &c.*, to the firft ; on which replication, iffue was alfo joined. In the Inferiour Court, the jury found generally for the plaintiff, and affeffed damages at £30. On the appeal, the verdict conformed to the iffues, viz. : " the Jury find " upon the firft Iffue that the Appellant fpoke the Words in his Plea of " Juftification mentioned, of his own Wrong, without fuch Caufe as he " has pleaded, and affefs Damages for the Appellee Thirty Pounds; and " upon the fecond Iffue they find the Appellant guilty, and affefs Dam- " ages for the Appellee upon that Iffue, Five Pounds.''